FILED JUL 23 '02 PM 2 :27 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION,                   )
                              )
    Plaintiff,          )
                              )
DINAH CHARLENE DAUGHERTY,     )
                              )
    Plaintiff-Intervenor, )
                              )
v.                            )     CIVIL ACTION NO.
                              )     01-0522-BH-M
WAL-MART STORES, INC.,        )
                              )
    Defendant.          )

## ORDER

This case has been settled. It is, therefore, **ORDERED** that this case be **DISMISSED** from the active docket of the Court, with prejudice, **PROVIDED** that either party may reinstate the case within fifteen (15) days from the date of the entry of this order if the settlement agreement is not consummated.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Rule 58 of the Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed upon by the parties.

DONE this 23rd day of July, 2002.

_W B Hand_
SENIOR DISTRICT JUDGE